**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JERRY L. POLLARD,

    Plaintiff,

v.                                   Case No. 3:05cv356/MCR/MD

USF&G SPECIALITY INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

    This cause is before the court upon the parties' Stipulated Motion for Dismissal without prejudice.  (Doc. 5).  Upon consideration of the foregoing, the above-entitled action is **DISMISSED** without prejudice.  The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 10th day of November, 2005.

                                            s/ *M. Casey Rodgers*
                                            **M. CASEY RODGERS
                                            United States District Judge**